

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Miguel Cervantes,

Vs. No. 11-23-00288-CR

The State of Texas,

* From the County Court at Law
of Erath County,
Trial Court No. 22CRCC-00158.

* July 18, 2024

* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.